Case No. 22-1898

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

MSP RECOVERY CLAIMS SERIES, LLC;
MSPA CLAIMS 1, LLC; SERIES PMPI, a designated series of
MAO-MSO RECOVERY II, LLC,

Plaintiffs-Appellants,

v.

CARING VOICE COALITION, INC.,

Defendant-Appellee,

UNITED THERAPEUTICS CORPORATION

Defendant.

On Appeal from the United States District Court
for the District of Massachusetts
Case No. 20-cv-11418-WGY

**MOTION TO AMEND AND CORRECT CAPTION**

United Therapeutics Corporation ("UT") respectfully moves this Court to amend and correct the case caption in this appeal.

After Plaintiffs-Appellants initially named UT as a defendant in this action in the District of Massachusetts, UT moved on December 9, 2020, to transfer all claims asserted against it to the Southern District of Florida. On March 31, 2021, the

District Court granted UT's motion. Accordingly, Plaintiffs-Appellants are currently litigating the transferred case against UT in the Southern District of Florida, and UT has not been a party to this case in the District of Massachusetts for nearly two years.

Plaintiffs-Appellants' Docketing Statement for this appeal, filed on December 8, 2022, acknowledges that UT is not a party to the appeal. The only adverse party they list for the appeal is Caring Voice Coalition, Inc. ("CVC"). They do not list UT as an appellee or adverse party.

Plaintiffs-Appellants' appeal concerns the District Court's denials of their motions to re-open the case, which they based on their settlement agreement with Defendant-Appellee CVC. UT was neither a party to that settlement agreement nor a party to this litigation when CVC and Plaintiffs-Appellants reached that settlement agreement and the District Court entered its order closing the case. Accordingly, UT's name should not be included on the case caption for this appeal.

Wherefore, UT requests that the case caption be amended and corrected to remove UT as party to this appeal.

Dated: January 12, 2023
      Washington, D.C.

Respectfully submitted,

 /s/ *Andrew S. Tulumello*
Andrew S. Tulumello
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Fax: 202.857.0940
drew.tulumello@weil.com

*Counsel for Non-Party*
*United Therapeutics Corporation*

## **CERTIFICATE OF SERVICE**

      I, Andrew S. Tulumello, hereby certify that on January 12, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system, for its distribution to all counsel of record.


Dated: January 12, 2023                /s/ *Andrew S. Tulumello*
                                                            Andrew S. Tulumello

                                                            *Counsel for Non-Party*
                                                            *United Therapeutics Corporation*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d) because it contains 305 words, as determined by the word-counting feature of Microsoft Word. This motion complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface, including serifs, using Microsoft Word in Times New Roman 14-point font.

Dated: January 12, 2023          /s/ *Andrew S. Tulumello*
                                 Andrew S. Tulumello

                                 *Counsel for Non-Party*
                                 *United Therapeutics Corporation*

# UNITED THERAPEUTICS CORPORATION'S
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, United Therapeutics Corporation states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: Washington, D.C.
January 12, 2023

Respectfully submitted,

*/s/ Andrew S. Tulumello*
Andrew Tulumello
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW #600
Washington, D.C. 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940
Drew.Tulumello@weil.com