# United States Court of Appeals
## For the First Circuit

No. 22-1898

MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company;
MSPA CLAIMS 1 LLC, a Florida limited liability company; SERIES PMPI, a designated series
of MAO-MSO Recovery II, LLC,
a Delaware series limited liability company,

Plaintiffs - Appellants,

v.

CARING VOICE COALITION, INC.

Defendant - Appellee,

UNITED THERAPEUTICS CORPORATION,

Defendant.

**ORDER OF COURT**

Entered: March 10, 2023
Pursuant to 1st Cir. R. 27.0(d)

Appellee Caring Voice Coalition, Inc. failed to file a brief and therefore will not be heard at oral argument except by permission of the court. See Fed. R. App. P. 31(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Sean T. Carnathan
John William Cleary Jr.
Aida M. Landa
Marilyn T. McGoldrick
Martin F. Murphy
Hayden Pendergrass

Alex Rafael Straus
Andrew S. Tulumello